**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KORY GARVER, as the natural father and legal guardian of A.G., a minor,<br><br>        Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada; DENA NEGRON, individually and in her capacity as social worker for WASHOE COUNTY; and JULIE BRANDT, individually and in her capacity as social worker for WASHOE COUNTY,<br><br>        Defendants. | 3:09-cv-00463-HDM-WGC<br><br>ORDER |

    The plaintiff's notice of voluntary dismissal (#94) is hereby **GRANTED**. Defendants Dena Negron, individually and in her capacity as social worker for Washoe County, and Julie Brandt, individually and in her capacity as social worker for Washoe County, are hereby **DISMISSED WITH PREJUDICE**.

    IT IS SO ORDERED.

    DATED: This 12th day of March, 2015.

                             _____
                              UNITED STATES DISTRICT JUDGE