# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|   |   |
|---|---|
| KORY GARVER, as the natural father and legal guardian of A.G., a minor,<br><br>            Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada; DENA NEGRON, individually and in her capacity as social worker for WASHOE COUNTY; and JULIE BRANDT, individually and in her capacity as social worker for WASHOE COUNTY,<br><br>            Defendants. | 3:09-cv-00463-HDM-WGC<br><br>ORDER |

    Before the court is the plaintiff's petition for compromise of a minor's claim (#95) in accordance with the settlement of the parties. The petition is hereby **GRANTED**.

    **IT IS ORDERED** that the settlement between plaintiff and Washoe County in the amount of $99,999.00 is **APPROVED**. The settlement is to be disbursed $20,000.00 to plaintiff on behalf and for the benefit of the minor, A.G., and $79,999.00 to the attorneys as compensation for their prosecution of this matter. The court finds that $20,000.00 in compensatory damages in compromise of A.G.'s claims in this action is fair, reasonable, and in the best

interests of A.G.  *See Robidoux v. Rosengren*, 638 F.3d 1177, 1181-82 (9th Cir. 2011).

**IT IS FURTHER ORDERED** that upon receiving the compromise, plaintiff shall establish a blocked financial investment account in the name of A.G. in the amount of TWENTY THOUSAND DOLLARS ($20,000.00).

**IT IS FURTHER ORDERED** that within 30 days after receiving the proceeds of the compromise, the plaintiff shall file with the court proof that the blocked financial investment account has been established.  Thereafter, the plaintiff shall, until further order of the court, annually file with the court a verified report detailing the activities of the investment during the previous 12 months.

**IT IS FURTHER ORDERED** that no money may be withdrawn from the blocked financial investment account until certification by the court that A.G. has reached the age of majority or the court otherwise issues an order pursuant to Nev. Rev. Stat. § 41.200.

DATED: This 12th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

2